**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION**

KEITH DAVIS,                           *
                                       *
        Plaintiff,                     *
                                       *
        v.                             *        CV 125-183
                                       *
WIDEOPENWEST, INC.; CRESTVIEW          *
PARTNERS, LP; and                      *
DIGITALBRIDGE GROUP, INC.,             *
                                       *
        Defendants.                    *

## O R D E R

Before the Court are the Parties' consent motions to dismiss less than all parties.  (Docs. 8, 9, 10.)[1]  The Parties jointly move for dismissal of Defendants DigitalBridge Group, Inc. and Crestview Partners, LP.  (Docs. 8, 9.)  "Rule 41(a) allows a district court to dismiss all claims against *a particular defendant*."  City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted). The pending motions have been signed by all Parties; therefore, the Court finds dismissal of Defendants DigitalBridge Group, Inc. and Crestview Partners, LP appropriate.

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH PREJUDICE** as to Defendants DigitalBridge Group, Inc. and Crestview

---

[1] The Parties filed identical motions to dismiss Defendant Crestview Partners, LP.  (Docs. 9, 10.)  Thus, the Court only considers Doc. 9 and Doc. 10 is **DENIED AS MOOT.**

Partners, LP.   The Clerk is **DIRECTED** to **TERMINATE** Defendants
DigitalBridge Group, Inc. and Crestview Partners, LP as Parties to
this action.   Each Party shall bear its own costs and fees unless
otherwise agreed.   This action shall remain pending in all respects
as to Defendant WideOpen West, Inc.

   **ORDER ENTERED** at Augusta, Georgia, this _____ 8ᵗʰ day of October,
2025.


_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

2