IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

KEITH DAVIS,                          )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )          CV 125-183
                                      )
WIDEOPEN WEST, INC.,                  )
                                      )
        Defendant.                    )
                            _____

**O R D E R**

_____

The Court held several teleconferences with the parties to assist them in resolving their discovery disputes.  (See doc. nos. 24, 26, 28.)  The Court also extended case deadlines to facilitate the parties' efforts to work cooperatively to complete document production and schedule any remaining depositions.  (See doc. nos. 20, 31.)  Accordingly, Plaintiff's motion to compel is **MOOT**.  (Doc. no. 18.)

SO ORDERED this 21st day of May, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA