# United States District Court

## *Southern District of Georgia*

KEITH DAVIS,

_____
Plaintiff

**v.**    WIDEOPENWEST, INC.,

_____
Defendant

Case No. _____1:25-cv-00183_____

Appearing on behalf of

_____Defendant_____

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __20th__ day of ____July____ , __2026__ .

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

NAME OF PETITIONER:    Robbin L. Wilder
_____

Business Address:    Gordon Rees Scully Mansukhani, LLP
_____
Firm/Business Name

55 Ivan Allen Jr. Blvd., NW - Suite 750
_____
Street Address

| | Atlanta | GA | 30308 |
|---|---|---|---|
| Street Address (con't) | City | State | Zip |

_____
Mailing Address (if other than street address)

| Address Line 2 | City | State | Zip |
|---|---|---|---|
| (404) 869-9054 | | 220973 | |
| Telephone Number (w/ area code) | | Georgia Bar Number | |

Email Address:    rwilder@grsm.com